IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00270-D-1
No. 5:95-CR-00184-H-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY LAMONT EVANS | ) | |
| a/k/a *Daddy Cane*, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's oral motion to continue his detention hearing. For good cause shown, and with consent of the government, Defendant's motion is **GRANTED**, and the detention hearing is continued to **August 20, 2010 at 10:00 a.m.** in the Courthouse Annex at Greenville, North Carolina.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 18th day of August, 2010.

DAVID W. DANIEL
United States Magistrate Judge