UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-270-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| GREGORY LAMONTE EVANS | |

On motion of the Defendant, Gregory Lamonte Evans, and for good cause shown, it is hereby ORDERED that the [DE-52] be sealed until further notice by this Court.

SO ORDERED. This 28 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge