# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　　　　　　　Crim. No. 5:10-CR-270-1D

**GREGORY LAMONT EVANS**

On April 4, 2018, the above named was released from prison and commenced a term of supervised release for a period of 5 years. Due to his medical condition, the offender is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield　　　　　　　　　　　/s/ Melissa K. Gonigam
Dwayne K. Benfield　　　　　　　　　　　　Melissa K. Gonigam
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　201 South Evans Street, Rm 214
　　　　　　　　　　　　　　　　　　　　　　Greenville, NC 27858-1137
　　　　　　　　　　　　　　　　　　　　　　Phone: (252) 830-2345
　　　　　　　　　　　　　　　　　　　　　　Executed On: April 12, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __19__ day of __April__, 2018.

James C. Dever III
Chief U.S. District Judge